UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. HOLCOMB, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>PFIZER INC.; and DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No. 1:20-cv-01008-DAD-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(Doc. 33.) |

On December 21, 2021, the Court issued an order setting a briefing schedule on Defendant Pfizer's pending Motion for Judgment on the Pleadings. Pursuant to that order, the Court directed Plaintiff David Holcomb, Sr., proceeding in pro se, to file a written response to Defendant's motion on or before January 31, 2022. (Doc. 32.)

On January 31, 2022, in lieu of an opposition or other response, Plaintiff filed the instant request for a 30-day extension of time to file his response to Defendant's Motion for Judgment on the Pleadings. (Doc. 33.) Plaintiff reports that an extension of time is necessary because he has been unable to obtain his medical records. Plaintiff explains that his doctor has been out of the office and was not expected to return until February 10, 2022. Plaintiff anticipated being supplied with his medical records upon his doctor's return. (*Id.* at 1.)

///

1

On February 8, 2022, the Court directed Defendant to file an opposition or statement of non-opposition to Plaintiff's motion within fourteen (14) days.  (Doc. 34.)  In response to the Court's order, on February 14, 2022, Defendant filed a combined opposition to Plaintiff's motion for extension of time and a reply in support of its motion for judgment on the pleadings.  (Doc. 35.)

Defendant opposes the request for an additional extension of time, arguing primarily that Plaintiff's medical records are irrelevant to its motion, which is judged by the sufficiency of Plaintiff's allegations in the complaint.  Defendant contends that its legal arguments do not turn on facts specific to Plaintiff, but on the legal requirements of California and federal law.  (*Id.* at 3-4.)  Defendant asserts that the Court should deny the requested extension and grant the motion for judgment on the pleadings.  However, if the Court grants Plaintiff's request for an extension of time, Defendant seeks leave to file a further reply in support of its motion.  (*Id.* at 4.)

Having considered the parties' arguments, and good cause appearing, Plaintiff's motion for an extension of time to respond to Defendant's motion for judgment on the pleadings will be granted.  Fed. R. Civ. P. 6(b).  Plaintiff is proceeding pro se and believes that his medical records are pertinent and necessary for his response to Defendant's motion.  (Doc. 33.)  In an abundance of caution, the Court finds it appropriate to grant Plaintiff a <u>final</u> extension of time to respond.  Plaintiff is cautioned, however, that further requests for extensions of time must be supported by good cause.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for a 30-day extension of time to respond to Defendant's Motion for Judgment on the Pleadings is GRANTED.
2. Plaintiff shall file a written response to Defendant's Motion for Judgment on the Pleadings on or before **March 17, 2022.**  <u>Plaintiff is advised that the failure to file a timely opposition to the motion may be construed by the Court as a non-opposition to the motion</u>.  *See* Local Rule 230(c).
3. Defendant shall serve and file a reply to Plaintiff's response on or before **March 31, 2022.**

2

4. The motion will be deemed submitted upon the record and briefs pursuant to the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California. *See* Doc. 4-2.

IT IS SO ORDERED.

Dated: **February 15, 2022**          /s/ *Barbara A. McAuliffe*            
                                                              UNITED STATES MAGISTRATE JUDGE

3