

FILED
MAR 07 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

No. 1:20-cv-01008-ADA-BAM

**DAVID L. HOLCOMB, SR.**
447 Leon Ave
Modesto, CA 95351
DavidHolcomb1956@gmail.com
Appearing Pro Se

**Jonathan S. Tam (SBN 304143)**
**DECHERT LLP**
One Bush St. Ste. 1600
San Francisco, CA 94104
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
jonathan.tam@dechert.com

**Rachel B. Passaretti-Wu (admitted pro hac vice)**
**DECHERT LLP**
1095 Sixth Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
rachel.passaretti-wu@dechert.com

Attorneys for Defendant
PFIZER INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DAVID L. HOLCOMB SR.,
Plaintiff,
vs.
PFIZER, INC. AND DOES 1-100,
INCLUSIVE,

Defendants

Case No: 1:20-CV-01008-ADA-BAM

**AMENDED COMPLAINT**

1

## I. Amended Complaint

Plaintiff David Holcomb would like to amend his complaint to state that, Lipitor has failed to warn of other possible side effects.

Rhabdomyolysis is listed in the warning label of Lipitor, yet there are other complications that can result after being diagnosed with Rhabdomyolysis and they are much more severe. Plaintiff was temporarily paralyzed because of his use of Lipitor. His extremities were so damaged that he could not pick up a Styrofoam cup. The plaintiff also suffered CKD (chronic kidney disease) due to use of Lipitor and his blood testing showed elevated Creatine Phosphokinase levels of 61,000. Normal levels are around 600. Lipitor also caused elevated Ferritin with anemia. Ferritin is a protein in the blood that is associated with Liver Disease. Liver Disease negatively affects the kidneys, Gallbladder, and the Urinary System.

As a result of Lipitor use, Plaintiff David Holcomb suffered Cholecystitis (gallbladder inflammation and ultimately failure), which resulted in his gallbladder being removed. Proper warning of such side effects would have made his physician more aware of the symptoms, so treatment could be stopped and Plaintiff David Holcomb would not have sustained, life changing, permanent damage to his body.

His testing showed and continues to show erratic blood sugar levels, common with type 2 diabetes. Lipitor has been sued for causing diabetes and is associated with 22% increase in diabetes risk. He was never diagnosed with diabetes prior to use of Lipitor. He must receive Intravenous Infusions every 6 months, for 6 hours a treatment, to regulate the immunoglobulin levels in his body, so that its antibody's will not attack his muscles. The Plaintiff David Holcomb's complaint is that Lipitor use has caused this failure in the Urinary system, resulting in other injuries and damages.

Plaintiff David Holcomb will never run, cannot pick up his grandchildren nor can he walk comfortably, as he did prior to his use of Lipitor. Plaintiff David Holcomb believes his complaint is in good faith and that Pfizer Inc. product Lipitor, is the sole cause of the damages.