UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. HOLCOMB, SR.,<br><br>        Plaintiff,<br><br>   v.<br><br>PFIZER, INC.,<br><br>        Defendant. | No.  1:20-cv-1008-KJM-KJN (PS)<br><br>ORDER FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS |

This case was recently reassigned to the Sacramento division of the Eastern District of California; it was then referred to the undersigned pursuant to Local Rule 302(c)(21) given that plaintiff proceeds without counsel.  (ECF Nos. 68, 71.)  Defendant currently has a motion to dismiss pending, which was taken under submission by the former district judge.  (ECF Nos. 58, 61.)  Plaintiff did not file opposition to this motion.  (See ECF No. 62.)  In the interests of justice, plaintiff is provided one final opportunity to respond to defendant's motion.  This is due by October 18, 2023.  Should plaintiff oppose, defendant may submit a reply brief within 10 days of plaintiff's filing.  Thereafter, the court will resolve the motion on the written briefing.  See Local Rule 230(c) (noting that a party loses its right to a hearing if timely opposition is not filed, as well as that a failure to file a response may be construed as non-opposition to the motion).

Dated:  September 27, 2023

holc.1008

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE