1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID L. HOLCOMB, SR.,                    No.  1:20-cv-01008-KJM-KJN (PS)

12                   Plaintiff,                 ORDER

13          v.                                  (ECF Nos. 58, 75.)

14    PFIZER, INC.,

15                   Defendant.

16

17          On January 16, 2024, the magistrate judge filed findings and recommendations (ECF

18    No. 75), which were served on the parties and which contained notice that any objections to the

19    findings and recommendations were to be filed within fourteen (14) days.  No objections were

20    filed.

21          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

22    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

23    de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

24    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

25    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

26    supported by the record and by the proper analysis.

27          Accordingly, IT IS HEREBY ORDERED that:

28      1.  The findings and recommendations (ECF No. 75) are ADOPTED IN FULL;

                                            1

2.  Defendant's motion to dismiss (ECF No. 58) is GRANTED;

3.  Plaintiff's claims are DISMISSED WITH PREJUDICE; and

4.  The Clerk of the Court is directed to CLOSE this case.

DATED:  February 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE